UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| SHARDA R. SMITH, | ) Case No. 21-43213-169 |
| | ) Chief Judge Kathy A. Surratt-States |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| SHARDA R. SMITH, | ) **Adversary No. 21-4063-659** |
| | ) |
| | ) **PUBLISHED** |
| Plaintiff, | ) |
| | ) |
| -v- | ) |
| | ) |
| BROTHER LOAN & FINANCE CO., | ) |
| | ) |
| | ) |
| Defendant. | ) |

# O R D E R

On consideration of the record as a whole and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** judgment on the Amended Complaint is entered in favor of Plaintiff, Sharda R. Smith, and against Defendant, Brother Loan & Finance Co., avoiding the transfer of the wages to Defendant pursuant to 11 U.S.C. § 547 as a preferential transfer in the amount of $710.63; and Defendant is to turnover the additional sum of $591.81 to Plaintiff; and this is a final judgment and order of the Bankruptcy Court in this case.

_Kathy A. Surratt -States_
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED:  January 28, 2022
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Brother Loan & Finance Co
c/o Sher & Shabsin, P.C.
1 Campbell Plaza, 1 A North
St Louis, MO 6313

Sharda R Smith
1429 N 14th Street
Saint Louis, MO 63106

John H. Soeder, III
Sher & Shabsin, PC
1 Campbell Plaza, 1A North
St. Louis, MO 6313

Ross H. Briggs
4144 Lindell Blvd, suite 202
St. Louis, MO 63108